**DISMISS; and Opinion Filed April 23, 2019.**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01144-CV**

**VIJAYKUMAR C. PATEL, Appellant**
**V.**
**RANDY WILLIAMS AND CHARLOTTE ROBERTSON, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-07261**

# MEMORANDUM OPINION

Before Justices Bridges, Brown, and Nowell
Opinion by Justice Brown

Before the Court is appellant's April 18, 2019 motion for voluntary dismissal of this appeal.

We grant the motion and dismiss this appeal.

/Ada Brown/
ADA BROWN
JUSTICE

181144F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

VIJAYKUMAR C. PATEL, Appellant

No. 05-18-01144-CV     V.

RANDY WILLIAMS AND CHARLOTTE
ROBERTSON, Appellees

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-15-07261.
Opinion delivered by Justice Brown,
Justices Bridges and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees RANDY WILLIAMS AND CHARLOTTE
ROBERTSON recover their costs, if any, of this appeal from appellant VIJAYKUMAR C.
PATEL.

Judgment entered this 23rd day of April, 2019.